```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·15·08
```

*DANIELS,*
*LYNCH, J.*
*PART I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOKIA CORPORATION,

    Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION,

    Defendants.

**08 CV 01507**

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

---

Upon Plaintiff Nokia Corporation's ("Nokia's") Motion to File Under Seal, annexed hereto, it is hereby

ORDERED that Nokia's Complaint, its Memorandum in Support of its Motion for Preliminary Injunction, Declaration of Matthew D. Richardson, and exhibits 1, 2, 3, 4, 9, 10, 11, 14, 15, and 16 attached thereto, shall be filed under seal.

ISSUED:    New York, New York
DATED:    February 13, 2008

                                      _____
                                      Hon.     *PART I*