Alan Kanzer (AK-5839)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

Attorneys for Plaintiff
NOKIA CORPORATION



08 CV 01507

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 13 2008
U.S.D.C. S.D. N.Y.
CASHIERS

| |
|---|
| NOKIA CORPORATION, |
| Plaintiff, |
| -against- |
| INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION, |
| Defendants. |

No. _____.

**NOKIA CORPORATION'S
RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Nokia Corporation, certifies that, to the best of its knowledge:

1.    Nokia Corporation is a publicly-held Finnish company whose shares are traded on a number of stock exchanges, including in Helsinki, Finland, and on the New York Stock Exchange ("NYSE").

2.    No publicly-held corporation holds more than 10% of the stock of Nokia Corporation.

Dated: New York, New York

February 13, 2008

ALSTON & BIRD LLP

By: _____
Alan Kanzer (AK-5839)
Amber Wessels (AW-2322)
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

Patrick J. Flinn
Mark A. McCarty
John D. Haynes
Matthew D. Richardson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

Attorneys for Plaintiff
NOKIA CORPORATION