UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

NOKIA CORPORATION,

    Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION,

    Defendants.

No. 08 CV 1507

**ORDER TO SHOW CAUSE**

    Upon the annexed Memorandum of Law in Support of Nokia's Motion for Preliminary Injunction, the Declaration of Matthew D. Richardson, and the exhibits attached thereto, it is

    ORDERED that the above-named Defendants show cause before the Honorable U.S. Judge __Cedarbaum__, in Room __14A__, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March __4__, 2008, at __10:00__ o'clock in the __fore__ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued granting a preliminary injunction enjoining Defendants from taking any further action in the International Trade Commission; and it is further

    ORDERED that any written opposition by Defendants be served so as to be received by Plaintiff's counsel on or before February __29__, 2008; and it is further

    ORDERED that service of a copy of this order and annexed declaration, exhibits and memorandum of law on Defendant by e-mail and first-class mail on or before February __15__, 2008, shall be deemed good and sufficient service thereof.

LEGAL02/30694745v1

- 2 -

ISSUED:   New York, New York
DATED:    February 13, 2008

_____
Hon.
        Part I