USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2.15.08

DANIELS
LYNCH, J.
PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION,

Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,

Defendants.

No. 08 CV 01507

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

2008 FEB 13 PM 4:07
U.S. DISTRICT COURT FILED S.D. OF N.Y.

Upon Plaintiff Nokia Corporation's ("Nokia's") Motion to File Under Seal, annexed hereto, it is hereby

ORDERED that Nokia's Complaint, its Memorandum in Support of its Motion for Preliminary Injunction, Declaration of Matthew D. Richardson, and exhibits 1, 2, 3, 4, 9, 10, 11, 14, 15, and 16 attached thereto, shall be filed under seal.

ISSUED: New York, New York
DATED: February 13, 2008

Hon. Gerard E. Lynch
PART I