Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC and InterDigital Technology Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION, | |
| Plaintiff, | Civil Action No. 08 Civ. 01507 (MGC) |
| -against- | ECF Case |
| INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION, | **NOTICE OF APPEARANCE** |
| Defendants. | |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for Defendants **InterDigital, Inc., InterDigital Communications, LLC and InterDigital Technology Corporation**.

　　I certify that I am admitted to practice in this Court.


Dated: February 21, 2007
　　　New York, New York

s/ _____
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899
Email jmetzger@wsgr.com

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC and InterDigital Technology Corporation*