```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NOKIA CORP.,

                Plaintiff,
                                          08 Civ. 1507 (DAB)
        -against-                         ORDER

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC and INTERDIGITAL
TECHNOLOGY CORP.,

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of the Parties' letters, both dated February 22, 2008. The Order to Show Cause signed by Judge Lynch sitting in Part I on February 13, 2008 is hereby amended as follows: (1) Any written opposition by Defendants in this matter shall be served upon Plaintiff's counsel and submitted to the Court on or before Friday, March 7, 2008 at 4:00 PM; and (2) the preliminary injunction hearing in this matter shall be held on Thursday, March 20, 2008 at 10:30 AM in Courtroom 24B.

SO ORDERED.

Dated:   New York, New York
         February 25, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2008