Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC, and InterDigital Technology Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>    Plaintiff,<br><br>vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>    Defendant. | Civil Action No. 08 CV 01507 (DAB)<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF KARA F. STOLL** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, James D. Metzger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Kara F. Stoll |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett, & Dunner LLP |
| Address: | 901 New York Ave. NW |
| City/State/Zip: | Washington, DC 20001-4413 |
| Phone Number: | (202) 408-4119 |
| Fax Number: | (202) 408-4400 |
| Email: | kara.stoll@finnegan.com |

Ms. Stoll is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Stoll in any State or Federal court.

Dated: February 27, 2008

_____
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
(212) 999-5800
Fax (212) 999-5899
Email jmetzger@wsgr.com

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC, and InterDigital Technology Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>　　　　　　　Defendant. | Civil Action No. 08 CV 01507 (DAB)<br><br>**AFFIDAVIT OF JAMES D. METZGER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF KARA F. STOLL** |

State of New York　）
　　　　　　　　　） ss:
County of New York ）

　　James D. Metzger, being duly sworn, hereby deposes and says as follows:

　　1.　　I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of InterDigital's motion to admit Kara F. Stoll as counsel *pro hac vice* to represent InterDigital in this matter.

　　2.　　I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

　　3.　　Ms. Stoll is a member of the law firm of Finnegan, Henderson, Farabow, Garrett, and Dunner LLP, in the District of Columbia. A true and correct copy of Ms. Stoll's Certificate of Good Standing is attached hereto as Exhibit "A."

　　4.　　I have found Ms. Stoll to be a skilled attorney and of high moral character.

5. Accordingly, I am pleased to move the admission of Kara F. Stoll, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission *pro hac vice* of Kara F. Stoll, which is attached hereto as Exhibit "B."

WHEREFORE it is respectfully requested that the motion to admit Kara F. Stoll, *pro hac vice*, to represent InterDigital in the above captioned matter, be granted.

Dated:   February 27, 2008
        New York, New York

Respectfully submitted:

_____
James D. Metzger

Sworn to before me this
27th day of February, 2008

_____
Notary Public

ROSE M. SEPULVEDA
Notary Public, State of New York
No. 01SE6031652
Qualified in Kings County
Commission Expires Oct. 4, 2009

-2-



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**KARA F. STOLL**

was on the **9TH** day of **FEBRUARY, 2001,** duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 21, 2008.

GARLAND PINKSTON, JR , CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION | Civil Action No. 08 CV 01507 (DAB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of James D. Metzger, attorney for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kara F. Stoll |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett, & Dunner LLP |
| Address: | 901 New York Ave. NW |
| City/State/Zip: | Washington, DC 20001-4413 |
| Phone Number: | (202) 408-4119 |
| Fax Number: | (202) 408-4400 |
| Email: | kara.stoll@finnegan.com |

is admitted to practice *pro hac vice* as counsel for InterDigital in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated: February___, 2008
New York, New York

_____
Hon. Deborah A. Batts
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused service to be made of true and correct copies of the foregoing **Motion for Pro Hac Vice Admission of Kara F. Stoll and Affidavit of James D. Metzger in Support of Motion for Pro Hac Vice Admission of Kara F. Stoll,** via regular mail upon:

Alan M. Kanzer
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9480
Fax: (212) 210-9444
Email: AKanzer@alston.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2008

By: _____
James D. Metzger