**ALSTON&BIRD** LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2008

Matthew D. Richardson     Direct Dial: 404-881-4478     E-mail: matt.richardson@alston.com

February 25, 2008

*VIA HAND DELIVERY*

The Honorable Deborah A. Batts
United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York, 10007

    Re:    *Nokia Corp. v. InterDigital Inc., et al.* Case No. 08-cv-01507. United States District Court for the Southern District of New York

Dear Judge Batts:

    I write in regards to Plaintiff Nokia Corporation's Memorandum in Support of its Motion for Preliminary Injunction in the above-referenced matter. Nokia's Memorandum of Law is 30 pages in length, 5 pages longer than the 25-page limit imposed by Rule II(C) of this Court's Individual Practices. Nokia filed this Motion at the outset of the case and before the case was assigned to your Honor. Nokia respectfully requests an extension of this Court's page limit to accommodate Nokia's Memorandum of Law.

    The facts surrounding Nokia and InterDigital's relationship are complex and highly relevant to Nokia's claim for injunctive relief. A short, five-page extension of the page limit will allow Nokia to provide the Court with all the relevant facts and better enable the Court to consider and rule on Nokia's Motion. Accordingly, Nokia respectfully asks the Court to grant Nokia's request.

**SO ORDERED**

*Deborah A. Batts*   3/3/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*Granted
ISDAB
3/3/2008*

Sincerely yours,

*Matt R.*

Matthew D. Richardson

MDR:mdr
cc:   Glenn C. Colton, Esq.
      Kara Stoll, Esq.

*MEMO ENDORSED*

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.