ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>Defendants. | No. 08 CV 01507<br><br>**MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United District Courts for the Southern and Eastern Districts of New York, I, Amber C. Wessels, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

   Applicant's Name:   Matthew Richardson
   Firm Name:          Alston & Bird LLP
   Address:            One Atlantic Center
                       1201 West Peachtree Street
   City/State/Zip:     Atlanta, Georgia 30309
   Phone Number:       (404) 881-4478
   Fax Number:         (404) 253-8134

Matthew Richardson is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Matthew Richardson in any State or Federal court.

Dated: February 29, 2008
       New York, New York

Respectfully submitted,

_____
Amber Wessels (AW-2322)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400
(212) 210-9444

*Attorneys for Plaintiff*
*NOKIA CORPORATION*

LEGAL02/30718830v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION,<br><br>      Plaintiff,<br><br>-against-<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>      Defendants. | No. 08 CV 01507<br><br>**AFFIDAVIT OF<br>AMBER C. WESSELS<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE** |

State of New York    )
                              ) ss:
County of New York  )

      Amber C. Wessels, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney at the law firm Alston & Bird LLP, counsel for Plaintiff NOKIA CORPORATION, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Matthew Richardson as counsel pro hac vice to represent Plaintiff NOKIA CORPORATION in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 10, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     Mr. Richardson is an attorney at Alston & Bird LLP in Atlanta, Georgia.

4.     I have found Mr. Richardson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of Matthew Richardson, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Matthew Richardson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew Richardson, pro hac vice, to represent Plaintiff NOKIA CORPORATION in the above captioned matter, be granted.

Dated:   February 29, 2008
         New York, New York

                                              _____
                                              Amber C. Wessels (AW-2322)
                                              ALSTON & BIRD LLP
                                              90 Park Avenue
                                              New York, New York 10016
                                              (212) 210-9400
                                              (212) 210-9444

                                              *Attorneys for Plaintiff*
                                              *NOKIA CORPORATION*

Sworn to before me this
29 day of February, 2008

_____
Notary Public

FRANCIS PAUL GREENE
Notary Public, State of New York
No. 02GR6146353
Qualified in New York County
Commission Expires May 15, 2010

LEGAL02/30718842v1

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Matthew Richardson
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

CURRENT STATUS:   Active Member-Good Standing

DATE OF ADMISSION TO PRACTICE:   12/07/2001

Attorney Bar Number:   604081

Today's Date:   February 27, 2008

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

HEADQUARTERS
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION,

    Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,

    Defendants.

No. 08 CV 01507

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Amber C. Wessels, attorney for NOKIA CORPORATION and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Matthew Richardson |
| Firm Name: | Alston & Bird LLP |
| Address: | One Atlantic Center |
| | 1201 West Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30309 |
| Phone Number: | (404) 881-4478 |
| Fax Number: | (404) 253-8134 |
| Email Address: | matthew.richardson@alston.com |

is admitted to practice pro hac vice as counsel for NOKIA CORPORATION in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

- 2 -

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008

                                                          _____
                                                          Hon. John G. Koetl
                                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>Defendants. | **AFFIDAVIT OF SERVICE**<br><br>No. 08 CV 01507 |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Karin Eberhardt, being duly sworn, deposes and says that: (i) I am over the age of 18 and not a party to this action; (ii) I am an employee of Alston & Bird LLP, attorneys for Plaintiff Nokia Corporation; and (iii) on February 29, 2008, I caused to be served a true and correct copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amber C. Wessels in support of Motion to Admit Counsel Pro Hac Vice and the (Proposed) Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

>Glenn Charles Colton, Esq.
>James David Metzger, Esq.
>Wilson Sonsini Goodrich & Rosati
>12 East 49th Street
>30th Floor
>New York, NY 10017
>212-497-7704
>Fax: 212-999-5899
>*ATTORNEYS FOR THE DEFENDANTS*

LEGAL02/30718852v1

Kara F. Stoll, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
202.408.4119
202.408.4400
*ATTORNEY FOR THE DEFENDANTS*

_____
Karin Eberhardt

Sworn to before me this
29th day of February 2008

_____
Notary Public

FRANCIS PAUL GREENE
Notary Public, State of New York
No. 02GR6146353
Qualified in New York County
Commission Expires May 15, 2010