MEMO ENDORSED

**WSGR Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

March 6, 2008

**BY HAND DELIVERY**

Hon. Deborah A. Batts
United States District Court
  for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2008

Re:   Nokia Corp. v. InterDigital, Inc., et al., Case No. 08 Civ. 01507 (DAB)

Dear Judge Batts:

We represent Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corp. (collectively, "InterDigital") in the above-captioned case. We write to request an extension of the page-limit imposed by Rule II.C. of this Court's Individual Practice Rules from 25 to 30 pages for InterDigital's Memorandum in Opposition to Plaintiff Nokia Corp.'s Motion for Preliminary Injunction, due on March 7, 2008. Counsel for Nokia has consented to this requested page-limit extension and Nokia has already requested and received this same relief, as granted by the letter endorsed by your Honor on March 3. We therefore, respectfully request, that InterDigital be granted the same 5 page extension.

Thank you for your consideration of this request.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

James D. Metzger

cc:   Alan Kanzer, Esq., Counsel for Nokia (By Email)
      Matthew D. Richardson, Esq., Counsel for Nokia (By Email)
      Kara F. Stoll, Esq., Co-counsel for InterDigital (By Email)

**SO ORDERED**

MEMO ENDORSED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

/s/ DAB
3/6/2008

C:\NrPortbl\PALIB1\MET\3306413_1.DOC

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON D.C.