UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>      Defendants. | Civil Action No. 08 CV 01507 (DAB)<br><br>ECF Case<br><br>**DEFENDANTS' RULE 7.1(a) DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants InterDigital, Inc., InterDigital Communications, LLC and InterDigital Technology Corporation, state as follows:

1. InterDigital, Inc. has no parent corporation. To the best of its knowledge, there are no publicly held companies that own 10% or more of InterDigital Inc.'s stock.

2. InterDigital, Inc. is the sole corporate parent of InterDigital Communications, LLC. InterDigital, Inc. owns 100% of the stock of InterDigital Communications, LLC.

3. InterDigital, Inc. is the sole corporate parent of InterDigital Technology Corporation. InterDigital, Inc. owns 100% of the stock of InterDigital Technology Corporation.

Dated: March 7, 2008

                          s/
Donald R. Dunner (*pro hac vice admission pending*)
Smith Brittingham (*pro hac vice admission pending*)
Kara F. Stoll (*pro hac vice admission pending*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
(212) 999-5800

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation*