UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION,

    Plaintiff,

v.

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,

    Defendants.

Civil Action No. 08 CV 01507 (DAB)

ECF Case

**DEFENDANTS' RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants InterDigital, Inc., InterDigital Communications, LLC and InterDigital Technology Corporation, state as follows:

1. InterDigital, Inc. has no parent corporation. To the best of its knowledge, there are no publicly held companies that own 10% or more of InterDigital Inc.'s stock.

2. InterDigital, Inc. is the sole corporate parent of InterDigital Communications, LLC. InterDigital, Inc. owns 100% of the stock of InterDigital Communications, LLC.

3.  InterDigital, Inc. is the sole corporate parent of InterDigital Technology Corporation. InterDigital, Inc. owns 100% of the stock of InterDigital Technology Corporation.

Dated: March 7, 2008

                                             s/
                                     _____
Donald R. Dunner (*pro hac vice admission pending*)
Smith Brittingham (*pro hac vice admission pending*)
Kara F. Stoll (*pro hac vice admission pending*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
(212) 999-5800

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation*