```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

        Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION

        Defendant.

Civil Action No. 08 CV 01507 (DAB)

**STIPULATION AND CONSENT ORDER
TO FILE UNDER SEAL**

**IT IS HEREBY CONSENTED** by and among the attorneys for INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC and INTERDIGITAL TECHNOLOGY CORPORATION (collectively, "InterDigital") and NOKIA CORPORATION ("Nokia") that InterDigital be allowed to file under seal its Opposition to Nokia's Motion for Preliminary Injunction and Application for Show Cause Order and Exhibits A, B, and C thereto for the same reasons set forth in Nokia's Motion to File Under Seal, granted by Judge Lynch, sitting in Part I, on February 13, 2008.

Dated: March 7, 2008

ALSTON & BIRD LLP

_/s/ Matthew Richardson (JDM)_
Matthew D. Richardson
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

*Attorneys for Plaintiff
Nokia Corporation*

WILSON SONSINI GOODRICH & ROSATI, P.C.

_/s/_
James D. Metzger
Glenn C. Colton
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800

*Attorneys for Defendants
InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation*

**SO ORDERED**

_/s/ Deborah A. Batts_  3/7/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE