UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>                    Defendants. | Civil Action No. 08 CV 01507 (DAB)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS** |

      PLEASE TAKE NOTICE that Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation (collectively, "InterDigital") move to dismiss Plaintiff Nokia Corporation's alternative claim, seeking a declaratory judgment "that the Asserted Patents were developed under the TDD Project and that Nokia and its Affiliates are licensed to the same" (Nokia Complaint at 10).

In support of this motion, InterDigital submits the accompanying Memorandum in Opposition to Nokia's Motion for Preliminary Injunction and Application for Show Cause Order and In Support of Cross-Motion to Dismiss the Alternative Claim.

Dated:  March 7, 2008                               Respectfully submitted,


                                                    s/ _____
                                                    Donald R. Dunner (*pro hac vice admission pending*)
                                                    Smith Brittingham (*pro hac vice admission pending*)
                                                    Kara F. Stoll (*pro hac vice admission pending*)
                                                    FINNEGAN, HENDERSON, FARABOW,
                                                     GARRETT & DUNNER, L.L.P.
                                                    901 New York Avenue, N.W.
                                                    Washington, D.C.  20001-4413
                                                    (202) 408-4000

                                                    Glenn C. Colton
                                                    James D. Metzger
                                                    WILSON SONSINI GOODRICH &
                                                    ROSATI, P.C.
                                                    1301 Avenue of the Americas, 40th Floor
                                                    New York, New York 10019-6022
                                                    (212) 999-5800

                                                    *Attorneys for Defendants*
                                                    *InterDigital, Inc., InterDigital Communications, LLC,*
                                                    *and InterDigital Technology Corporation*