UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



NOKIA CORPORATION,

    Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION,

    Defendants.

No. 08 CV 01507

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Amber C. Wessels, attorney for NOKIA CORPORATION and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patrick John Flinn |
| Firm Name: | Alston & Bird LLP |
| Address: | One Atlantic Center |
| | 1201 West Peachtree Street |
| City/State/Zip: | Atlanta, Georgia 30309 |
| Phone Number: | (404) 881-7920 |
| Fax Number: | (404) 253-8370 |
| Email Address: | patrick.flinn@alston.com |

is admitted to practice pro hac vice as counsel for NOKIA CORPORATION in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

- 2 -

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008

                                       *Deborah A. Batts*
                                       Hon. ~~John G. Koetl~~ Deborah A. Batts
                                         United States District Judge  3/7/08