```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

    Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION

    Defendants.

Civil Action No. 08 CV 01507 (DAB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of James D. Metzger, attorney for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Smith R. Brittingham IV
    Firm Name:  Finnegan, Henderson, Farabow, Garrett, & Dunner LLP
    Address:  901 New York Ave. NW
    City/State/Zip:  Washington, DC 20001-4413
    Phone Number:  (202) 408-4158
    Fax Number:  (202) 408-4400
    Email:  smith.brittingham@finnegan.com

is admitted to practice *pro hac vice* as counsel for InterDigital in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated:  February___, 2008
         New York, New York

*Deborah A. Batts*  3/7/08
Hon. Deborah A. Batts
United States District Judge