USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

    Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION

    Defendant.

Civil Action No. 08 CV 01507 (DAB)

ECF CASE

**STIPULATION AND CONSENT ORDER TO FILE ANSWER UNDER SEAL**

**IT IS HEREBY CONSENTED** by and among the attorneys for INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC and INTERDIGITAL TECHNOLOGY CORPORATION (collectively, "InterDigital") and NOKIA CORPORATION ("Nokia") that InterDigital be allowed to file under seal its Answer to Nokia's Complaint in this action, for the same reasons set forth in Nokia's Motion to File Under Seal, granted by Judge Lynch, sitting in Part I, on February 13, 2008.

Dated: March 14, 2008

ALSTON & BIRD LLP

_/s/ Matthew Richardson (JM)_
Matthew D. Richardson
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

*Attorneys for Plaintiff
Nokia Corporation*

WILSON SONSINI GOODRICH & ROSATI, P.C.

_/s/_
James D. Metzger
Glenn C. Colton
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800

*Attorneys for Defendants
InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation*

**SO ORDERED**

_Deborah A. Batts_ 3/17/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE