

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION,

    Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION,

    Defendants.

No. 08-cv-01507

**STIPULATION AND CONSENT
ORDER TO FILE UNDER SEAL**

**IT IS HEREBY CONSENTED** by and among the attorneys for NOKIA CORPORATION ("Nokia") and INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION ("InterDigital"), that Nokia be allowed to file under seal its Reply in Support of its Motion for Preliminary Injunction and Application for Show Cause Order, and Exhibits B and C thereto for the same reasons set forth in Nokia's Motion to File Under Seal, granted by Judge Lynch, sitting in Part I, on February 13, 2008.

ALSTON & BIRD LLP

_/s/ Matt R__

Matthew D. Richardson
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

Attorneys for Plaintiff Nokia Corporation

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

_/s/ Kara F. Stoll_

Kara F. Stoll
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4119

Attorneys for Defendants InterDigital, Inc.,
InterDigital Communications, LLC, and
InterDigital Technology Corporation

**SO ORDERED**

_Deborah A. Batts_  3/18/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

LEGAL02/30740664v1