

Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC, and InterDigital Technology Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>Defendant. | Civil Action No. 08 CV 01507 (DAB)<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF MOLLY R. SILFEN** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, James D. Metzger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Molly R. Silfen |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett, & Dunner LLP |
| Address: | 901 New York Ave. NW |
| City/State/Zip: | Washington, DC 20001-4413 |
| Phone Number: | (202) 408-6078 |
| Fax Number: | (202) 408-4400 |
| Email: | molly.silfen@finnegan.com |

Ms. Silfen is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Silfen in any State or Federal court.

Dated: March 19, 2008

James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York  10019
(212) 999-5800
Fax (212) 999-5899
Email jmetzger@wsgr.com

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications,*
*LLC, and InterDigital Technology Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>                    Plaintiff,<br><br>vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>                    Defendant. | Civil Action No. 08 CV 01507 (DAB)<br><br>**AFFIDAVIT OF JAMES D. METZGER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MOLLY R. SILFEN** |

State of New York    )
                     )   ss:
County of New York   )

James D. Metzger, being duly sworn, hereby deposes and says as follows:

1.   I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., co-counsel for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of InterDigital's motion to admit Molly R. Silfen as counsel *pro hac vice* to represent InterDigital in this matter.

2.   I am a member in good standing of the bar of the State of New York, where I was admitted to practice law in 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   Ms. Silfen is a member of the law firm of Finnegan, Henderson, Farabow, Garrett, and Dunner LLP, in the District of Columbia. A true and correct copy of Ms. Silfen's Certificate of Good Standing is attached hereto as Exhibit "A".

4.   I have found Ms. Silfen to be a skilled attorney and of high moral character.

5.      Accordingly, I am pleased to move the admission of Molly R. Silfen, *pro hac vice*.

6.      I respectfully submit a proposed order granting the admission *pro hac vice* of Molly R. Silfen which is attached hereto as Exhibit "B".

WHEREFORE it is respectfully requested that the motion to admit Molly R. Silfen, *pro hac vice*, to represent InterDigital in the above captioned matter, be granted.

Dated:   March 19, 2008
             New York, New York

Respectfully submitted:

_____
James D. Metzger

Sworn to before me this
19th day of March, 2008

_____
Notary Public

ROSE M. SEPULVEDA
Notary Public, State of New York
No. 01SE6031652
Qualified in Kings County
Commission Expires Oct. 4, 2009



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MOLLY R. SILFEN

was on the 4TH day of FEBRUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOKIA CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION | Civil Action No. 08 CV 01507 (DAB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of James D. Metzger, attorney for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Molly R. Silfen |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett, & Dunner LLP |
| Address: | 901 New York Ave. NW |
| City/State/Zip: | Washington, DC 20001-4413 |
| Phone Number: | (202) 408-6078 |
| Fax Number: | (202) 408-4400 |
| Email: | molly.silfen@finnegan.com |

is admitted to practice *pro hac vice* as counsel for InterDigital in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated: March    , 2008
       New York, New York

_____
Hon. Deborah A. Batts
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, a true and accurate copy of the foregoing MOTION FOR *PRO HAC VICE* ADMISSION OF MOLLY R. SILFEN, AFFIDAVIT OF JAMES D. METZGER IN SUPPORT and accompanying exhibits was served via e-mail to:

>Alan Mark Kanzer
>Amber C. Wessels
>ALSTON & BIRD, LLP
>90 Park Avenue
>New York, NY 10016
>(212) 210-9480
>Fax: (212) 210-9444
>AKanzer@Alston.com
>amber.wessels@alston.com
>
>Mark A. McCarty
>Patrick J. Flinn
>ALSTON & BIRD, LLP
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>(404) 881-7000
>mark.mccarty@alston.com
>patrick.flinn@alston.com

Dated: March 19, 2008

_____
James D. Metzger