

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION,

Plaintiff,

-against-

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION,

Defendants.

No. 08-cv-01507

**STIPULATION AND CONSENT ORDER FOR EXTENSION OF TIME**

**IT IS HEREBY CONSENTED** by and among the attorneys for NOKIA CORPORATION ("Nokia") and INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION ("InterDigital"), that Nokia be given an extension of time in which to respond to InterDigital's Cross-Motion to Dismiss. The parties stipulate that Nokia's deadline for responding to InterDigital's Cross-Motion to Dismiss is March 28, 2008.

Dated: March 19 2008

ALSTON & BIRD LLP

_/s/ Matthew D. Richardson_

Matthew D. Richardson
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

Attorneys for Plaintiff Nokia Corporation

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

_/s/ Kara F. Stoll_

Kara F. Stoll
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4119

Attorneys for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation

**SO ORDERED**

_/s/ Deborah A. Batts_  3/21/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE