UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2008
```

NOKIA CORPORATION

    Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION

Civil Action No. 08 CV 01507 (DAB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of James D. Metzger, attorney for Defendants InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation ("InterDigital") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Molly R. Silfen |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett, & Dunner LLP |
| Address: | 901 New York Ave. NW |
| City/State/Zip: | Washington, DC 20001-4413 |
| Phone Number: | (202) 408-6078 |
| Fax Number: | (202) 408-4400 |
| Email: | molly.silfen@finnegan.com |

is admitted to practice *pro hac vice* as counsel for InterDigital in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action has been assigned to the Electronic Case Filing (ECF) system and as such, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 24, 2008
New York, New York

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge