```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

        Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION

        Defendants.

Civil Action No. 08 CV 01507 (DAB)

ECF Case

**PRELIMINARY INJUNCTION AND ORDER COMPELLING ARBITRATION**

This matter, having come before the Court on Plaintiff Nokia Corporation's Motion for Preliminary Injunction, and the Court having considered the arguments of the parties and having ruled from the Bench at the March 20, 2008 hearing that InterDigital would be preliminarily enjoined from proceeding against Nokia in United States International Trade Commission, Proceeding No. 337-TA-613 ("the ITC Proceeding"), hereby enters this written Order as follows to provide the specific terms of the Preliminary Injunction:

1.    InterDigital shall file by April 11, 2008 a motion to stay the ITC Proceeding with respect to Nokia. Absent further court order, after April 11, 2008, InterDigital shall take no action in the ITC Proceeding against Nokia with respect to pursuing its claim for infringement.

2.    Nokia shall cooperate with InterDigital in requesting a stay of the ITC Proceeding as to Nokia.

3.    If the motion to stay the ITC Proceeding as to Nokia is denied, InterDigital shall then file a motion for termination of the ITC Proceeding as to Nokia.

4.    InterDigital must submit to arbitration pursuant to 9 U.S.C. § 4.

-2-

5. Nokia shall post a bond or other equivalent security in the amount of $500,000 under Fed. R. Civ. Proc. 65(c) by March 28, 2008.

                                                SO ORDERED

March 25, 2008

                                              *Deborah A. Batts*
                                              Hon. Deborah A. Batts
                                              United States District Judge