Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800

Donald R. Dunner (*admitted pro hac vice*)
Smith Brittingham (*admitted pro hac vice*)
Kara F. Stoll (*admitted pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Defendants
InterDigital, Inc., InterDigital Communications,
LLC, and InterDigital Technology Corporation*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

        Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL
COMMUNICATIONS, LLC, and
INTERDIGITAL TECHNOLOGY
CORPORATION

        Defendants.

Civil Action No. 08 CV 01507 (DAB)

**NOTICE OF APPEAL TO THE
UNITED STATES COURT OF
APPEALS FOR THE
FEDERAL CIRCUIT**

NOTICE IS HEREBY GIVEN that InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the order of the Honorable Deborah A. Batts, United States District Judge, granting Plaintiff Nokia Corporation's Motion for Preliminary Injunction in this action on the 20th day of March, 2008.

Dated: March 21, 2008

_____
Glenn C. Colton
James D. Metzger
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
Fax (212) 999-5899
Email gcolton@wsgr.com

Donald R. Dunner (*admitted pro hac vice*)
Smith Brittingham (*admitted pro hac vice*)
Kara F. Stoll (*admitted pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
Fax (202) 408-4400
Email kara.stoll@finnegan.com

*Attorneys for Defendants*
*InterDigital, Inc., InterDigital Communications, LLC, and InterDigital Technology Corporation*