USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

IN THE UNTIED STATES DISTRICT COURT

Southern _____ DISTRICT OF New York

NOKIA CORPORATION

Plaintiff,
Vs.
INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION

Defendant

Bond Number: 57BSBEZ7173

Case Number: 08 CV 01507 (DAB)

Effective Date: 3/28/2008

Whereas Plaintiff(s) has commenced an action in the above named court against the above named Defendant(s) for PRELIMINARY INJUNCTION AND ORDER COMPELLING ARBITRATION as provided by 9 USC section 4 and bond provided by Fed R. Civ. Proc 65(c)

Now, Therefore, the undersigned, Hartford Fire Insurance Company as surety, a corporation organized and existing by the virtue of the laws of the State of Connecticut, and authorized to transact business of Surety in the United States of America does hereby obligate itself, its successors and assigns to the above named defendants under said statutory obligations in the sum of Five Hundred Thousand 00/00 Dollars ($500,000.00). The aggregate liability of the Surety for all claims against this bond shall not exceed the penal sum.

In Testimony Wherof, the said Surety has caused these presents to be executed and its corporate seal attached by its duly authorized attorney in fact on this 27th day of March, 2008.

Hartford Fire Insurance Company
Surety

By: _____
Barry R. Page, attorney in fact

Principal

By: Global Director - IPR Litigation Mgmt
Title  Nokia Inc.

Approved 3/28/08
J. Michael McMahon,
Clerk
By: [signature] Deputy Clerk

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)
Agency Code: 57   129341

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| | |
|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| ☐ | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** UNLIMITED           :
JOHN T. PAGE, BARRY R. PAGE, BRENNA C. PAGE OF FOLSOM, CALIFORNIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                                    M. Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT  ⎫
                     ⎬  ss.    Hartford
COUNTY OF HARTFORD    ⎭

On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of March 27, 2008
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

POA 2007

# ACKNOWLEDGMENT

State of California
County of _____Sacramento_____)

On __3-27-2008__ before me, ____Kim Stinson, Notary Public____
(insert name and title of the officer)

personally appeared ____Barry R. Page_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KIM STINSON
COMM. # 1672895
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JUNE 6, 2010

Signature _____ (Seal)

# Hartford Fire Insurance Company
## Hartford Plaza
## Hartford, Connecticut, 06115
*Financial Statement, December 31, 2007*
(Statutory Basis)

| ASSETS | | LIABILITIES | |
|---|---:|---|---:|
| U.S. Government Bonds | $ 96,315,402 | Reserve for Claims and Claim Expense | $ 6,940,486,736 |
| Bonds of other Governments | 115,429,244 | Reserve for Unearned Premiums | 2,102,566,290 |
| State, County, Municipal and Miscellaneous Bonds | 13,278,666,144 | Reserve for Taxes, License and Fees | 78,943,436 |
| Stocks | 7,229,859,113 | Miscellaneous Liabilities | 3,006,294,799 |
| Short Term Investments | 81,552,392 | | |
| | $ 20,801,822,295 | **Total Liabilities** | $ 12,128,291,261 |
| Real Estate | $ 97,816,920 | Capital Paid In  $ 54,740,000 | |
| Cash | 182,651,749 | Surplus  14,387,518,189 | |
| Agents' Balances (Under 90 Day) | 2,772,916,039 | | |
| Other Invested Assets | 685,938,002 | **Surplus as regards Policyholders** | $ 14,442,258,189 |
| Miscellaneous | 2,029,404,445 | Total Liabilities, Capital | |
| **Total Admitted Assets** | $ 26,570,549,450 | and Surplus | $ 26,570,549,450 |

STATE OF CONNECTICUT  
COUNTY OF HARTFORD  } ss.  
CITY OF HARTFORD

Colleen Mastroianni, Vice-President, and Patricia A. Murrone, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and says that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2007.

Subscribed and sworn to before me this 5th day of March, 2008.

Scott E. Paseka  
Notary Public  
My Commission Expires October 31, 2012

Colleen Mastroianni, Vice-President

Patricia A. Murrone, Assistant Secretary

Form CS-19-37 HF   Printed in U.S.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOKIA CORPORATION

        Plaintiff,

vs.

INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, LLC, and INTERDIGITAL TECHNOLOGY CORPORATION

        Defendants.

Civil Action No. 08 CV 01507 (DAB)

ECF Case

**PRELIMINARY INJUNCTION AND ORDER COMPELLING ARBITRATION**

This matter, having come before the Court on Plaintiff Nokia Corporation's Motion for Preliminary Injunction, and the Court having considered the arguments of the parties and having ruled from the Bench at the March 20, 2008 hearing that InterDigital would be preliminarily enjoined from proceeding against Nokia in United States International Trade Commission, Proceeding No. 337-TA-613 ("the ITC Proceeding"), hereby enters this written Order as follows to provide the specific terms of the Preliminary Injunction:

1. InterDigital shall file by April 11, 2008 a motion to stay the ITC Proceeding with respect to Nokia. Absent further court order, after April 11, 2008, InterDigital shall take no action in the ITC Proceeding against Nokia with respect to pursuing its claim for infringement.

2. Nokia shall cooperate with InterDigital in requesting a stay of the ITC Proceeding as to Nokia.

3. If the motion to stay the ITC Proceeding as to Nokia is denied, InterDigital shall then file a motion for termination of the ITC Proceeding as to Nokia.

4. InterDigital must submit to arbitration pursuant to 9 U.S.C. § 4.

5.  Nokia shall post a bond or other equivalent security in the amount of $500,000 under Fed. R. Civ. Proc. 65(c) by March 28, 2008.

SO ORDERED

March **25**, 2008

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

-2-