# United States District Court for the Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 45
DATE FILED: 4/9/08

---

Nokia Corporation

-V-

Interdigital, Inc., et al.

---

Document# _____

U.S.C.A. # 08-1642-cv

U.S.D.C. # 08 cv 1507

D.C. JUDGE: DAB

Date: 4-9-08



## Notice to The Docket Clerk

(____) Original Record     (✓) first Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 9th Day of April, 2008.

United States District Court for
the Southern District of New York

Date __4-9-08__

Nokia Corporation

-v-

U.S.C.A.# __08-1642-cv__

U.S.D.C.# __08cv1507__

Interdigital, Inc., et al.

D.C. Judge. __DAB__

## First Supplemental Index To The Record On Appeal

Prepared by (Name): __Anthony M. Geritano__
Firms Name: __Wilson Sonsini Goodrich + Rosati__
Firms Address: __1301 Ave. of the Americas__
City, State & Zip: __NY, NY 10019__
Firms Phone#: __212-497-7704__

District Court Docket Entries
Document Description                                                Doc.#

1) Supplemental Clerk's Certificate _____           __0__

2) __Transcript filed 3/28/08__ _____           __41__

3) _____               _____

4) _____               _____

5) _____               _____

6) _____               _____

7) _____               _____

8) _____               _____

9) _____               _____

10) _____               _____

United States District Court for
the Southern District of New York

Date: 4-9-08

---

Nokia Corporation

-v-

Interdigital, Inc., et al.

---

U.S.C.A. # 08-1642-cv

U.S.D.C. # 08 cv 1507

D.C. Judge: DAB

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 3-28-08 | Transcript |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk

**United States District Court for the Southern District of New York**

Date __4-9-08__

U.S.C.A. # __08-1642-cv__

---------------------------------

Nokia Corporation

U.S.D.C. # __08 cv 1507__

D.C. JUDGE __DAB__

-v-

Interdigital, Inc., et al.

---------------------------------

## ___ Supplemental   Clerk's   Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered __1__ Through __44__, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __9th__ Day of __April__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk